UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| ARTHUR JOHNSON | CIVIL ACTION NO. 05-0638-A |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons stated in the report and recommendation of the magistrate judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the report and recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint should be DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). At least part of petitioner's "ARP" is still pending (Doc. 11) and must be finalized before petitioner may seek relief in this Court.

SIGNED on this 13th day of July, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge